**Wayne ALLEN, Respondent,**

v.

**Lenora GANT, Appellant.**

**No. WD 69075.**

Missouri Court of Appeals,
Western District.

May 12, 2009.

John E. Chick, Jr., Kansas City, MO, for appellant.

Robert H. Martin, Nancy L. Jackson, Independence, MO, for respondent.

Before DIV I: HARDWICK, P.J., ELLIS and DANDURAND,[1] JJ.

**ORDER**

PER CURIAM.

Lenora Gant appeals from a judgment imposing a constructive trust and equitable lien in favor of Wayne Allen on a tract of real estate located in Buckner, Missouri. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Heather Charlene ARGUELLO, Appellant.**

**No. WD 68566.**

Missouri Court of Appeals,
Western District.

May 12, 2009.

William J. Swift, Columbia, MO, for appellant.

Shaun J. Mackelprang, Mary H. Moore, Jefferson City, MO, for respondent.

Before DIV I: LISA WHITE HARDWICK, Presiding Judge, THOMAS H. NEWTON, Chief Judge and JAMES E. WELSH, Judge.

**ORDER**

PER CURIAM.

Heather Arguello appeals from her jury conviction on one count of first-degree child endangerment. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction. Rule 30.25(b).

---

1. Judge Dandurand was a member of the court when this case was submitted, but has since left the court.